Electronically Filed
 Supreme Court
 SCOT-12-0001067
 17-DEC-2012
 12:39 PM

 SCOT-12-0001067

 IN THE SUPREME COURT OF THE STATE OF HAWAI#I

 JANICE K.M. CHUNG KELI#IHANANUI, Plaintiff,

 vs.

 TIMES SUPERMARKET MGR. CURTIS HASUIKE, ZIPPY'S RESTAURANT
 MGR. JANE DOE, and KAHALA MALL SECURITY CHIEF(S), Defendants.

 ORIGINAL PROCEEDING

 ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

 Upon review of the complaint (Docket 3) filed in the
supreme court by plaintiff Janice K.M. Chung Keli#ihananui on
December 7, 2012, it appears that we lack jurisdiction to
consider the complaint. See HRS § 602-5 (Supp. 2011).
Therefore,
 IT IS HEREBY ORDERED that the complaint is dismissed.
 DATED: Honolulu, Hawai#i, December 17, 2012.
 /s/ Mark E. Recktenwald
 /s/ Paula A. Nakayama
 /s/ Simeon R. Acoba, Jr.
 /s/ Sabrina S. McKenna
 /s/ Richard W. Pollack